E-FILED
Monday, 06 October, 2014 12:15:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CRYSTAL L. JAMES, | ) |
| | )  CIVIL NO. 13-3401 |
| | ) |
| Defendant. | ) |

## OPINION CONFIRMING SALE

The U.S. Marshal has been appointed by the Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court. The Court, having reviewed the relevant materials, finds as follows:

1. The common address and legal description of the real estate at issue:

    312 North Franklin Street
    Rushville, Illinois 62681

    That part of the Southeast Quarter of Section 25, in Township 2 North of the Base Line, Range 2 West of the Fourth Principal Meridian, bounded and described as follows: Beginning on the West line of Franklin Street in the Town (now City) of Rushville at a point 387 ½ feet North of the Northeast corner of Block 17 of the William McCreery's Addition to the said Town, and running thence West 55 ½ feet, thence North 58 feet, thence East 55 ½ feet, thence South 58 feet to the place of beginning; ALSO, a right-of-way of a strip of ground 12 feet wide adjoining the above tract on the South and extending East to the West line of Franklin Street and constituting an alley to be used in common with the property owners on both sides of said right-of-way, situated in Schuyler County, Illinois.

    Part of the Southeast Quarter of Section 25, Township 2 North, Range 2 West, bounded and described as follows: Beginning at a point 387 ½ feet North of the North line of Block 17 of William McCreery's Addition to the Town of Rushville, and 55 ½ feet West of the West line of Franklin Street in said Town, thence running West 50 feet, thence North to the South line of Adams Street, thence East along said South line to a point 55 ½ feet West of the West line of Franklin Street, thence South parallel with said street to the place of beginning;

ALSO, the right of way over a strip of ground 12 feet wide adjoining said tract on the South and extending East to West line of Franklin Street and constituting an alley to be used in common with property owners on both sides of said right of way, situated in Schuyler County, Illinois

PIN No. 05-041-004-00
PIN No. 05-041-006-00

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7. This Court obtained personal jurisdiction over defendant Crystal L. James.

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's report of the sale is approved and the sale is confirmed;

B. The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS l5-l509(a).

C. The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

D. There is no just reason to delay enforcement of or appeal from this final order.

ENTER: October 3, 2014.

                                                *s/ Richard Mills*
                                                RICHARD MILLS
                                                UNITED STATES DISTRICT JUDGE